Matter of J.E.P. v People of State of New York (2005 NY Slip Op 51359(U))

[*1]

Matter of J.E.P. v People of State of New York

2005 NY Slip Op 51359(U) [9 Misc 3d 1101(A)]

Decided on August 2, 2005

Family Court, Nassau County

Lawrence, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on August 2, 2005

Family Court, Nassau County
In the Matter of J.E.P., Petitioner-Defendant,
against
The People of the State of New York, Respondent.
DXXXX
Opinion withdrawn from on-line only publication at the direction of the court. This decision has been replaced by 2005 NY Slip Op 51397(U).